IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Ron Leslie,

        Plaintiff,

                Case No. 1:22-cv-2301-MLB

v.

Rangewater Real Estate, LLC,

        Defendant.

_____/

## ORDER

    The Court **DISMISSES** this case with prejudice because Plaintiff has repeatedly failed to comply with a simple court order, Plaintiff's noncompliance is delaying this case, the Court believes no lesser sanctions will prove effective, and, given the Court's prior warning, it is clear that Plaintiff's conduct is intentional and that he no longer wishes to pursue his claims.

    **SO ORDERED** this 4th day of January, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE