UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ron Leslie,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Rangewater Real Estate, LLC,<br><br>　　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-2301-MLB |

# J U D G M E N T

This action having come before the court, Honorable Michael L Brown, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED with prejudice** for failure to comply with court order.

Dated at Atlanta, Georgia, this 4th day of January, 2023.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:　　s/D. Burkhalter　　　　　
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 4, 2023
Kevin P. Weimer
Clerk of Court

By:　　s/D. Burkhalter　　　　　　　
　　　　Deputy Clerk